```
 1  LAW OFFICES OF BILL LATOUR
 2  BILL LATOUR [CSBN: 169758]
        1420 E. Cooley Dr., Suite 100
 3      Colton, California 92324
 4      Telephone: (909) 796-4560
        Facsimile:  (909) 796-3402
 5      E-Mail: Bill.latour@verizon.net
 6
 7  Attorney for Plaintiff
```

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CARLOS ROMERO, | ) | No. CV 10-01913 MAN |
| | ) | |
| Plaintiff, | ) | [~~PROPOSED~~] ORDER AWARDING EAJA FEES |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner Of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA fees are awarded in the amount of THREE THOUSAND FOUR HUNDRED DOLLARS AND 00/100 ($3,400.00) subject to the terms of the Stipulation.

DATE:  May 17, 2011

*Margaret A. Nagle*
_____
MARGARET A. NAGLE
UNITED STATES MAGISTRATE JUDGE

-1-